UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITCH TAEBEL,

                Plaintiff,

-against-                             24cv6657 (LTS)

SCREEN ACTORS GUILD-AMERICAN          CIVIL JUDGMENT
FEDERATION OF TELEVISION AND
RADIO ARTISTS,

                Defendant.

      For the reasons stated in the October 15, 2024, order, this action is dismissed. By order dated September 10, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:   October 18, 2024
             New York, New York

                                              /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge